UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | |
| INTERBANK FUNDING CORP., *et al.*, ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 02-41590 (BRL) |
| ) | (Jointly Administered) |
| ) | |
| IBF FUND LIQUIDATING LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -against- ) | Adv. Pro. No. 07-01482 (BRL) |
| ) | |
| CHADMOORE WIRELESS GROUP, INC., ) | |
| CHADMOORE SHAREHOLDER ) | |
| LIQUIDATING TRUST, ROBERT MOORE, ) | |
| ) | |
| Defendants. ) | |
| ROBERT MOORE, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| -against- ) | |
| ) | |
| KAYE SCHOLER LLP, ARTHUR J. ) | |
| STEINBERG, TODD SANDERS, SUNSET ) | |
| HOLDINGS INTERNATIONAL, LTD., ) | |
| DEVENSHIRE MANAGEMENT ) | |
| CORPORATION, SH PARTNERSHIP ) | |
| INVESTMENTS, L.P., THE ST. IVES ) | |
| QUALIFIED PERSONAL RESIDENCE TRUST, ) | |
| and VOKEY LLC, ) | |
| ) | |
| Third-Party Defendants. ) | |

**NOTICE OF APPEAL**

Robert Moore, the Defendant appeals under 28 U.S.C. § 158(a)(1) to the United

States District Court for the Southern District of New York from all aspects of the Judgment

(Doc. Num.: 191) of the United States Bankruptcy Court for the Southern District of New York

entered in this adversary proceeding on the Eighteenth day of October, 2007.  The names of all

parties to the adversary proceeding and the names, addresses and telephone numbers of the respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Defendant / Appellant,<br>Robert Moore | Bainton McCarthy LLC<br>26 Broadway, Suite 2400<br>New York, New York 10004<br>Tele: (212) 480-3500<br>Attn:  J. Joseph Bainton, Esq. |
| Defendant,<br>Stephen Radusch | Kravet & Vogel, LLP<br>1040 Avenue of the Americas, Suite 1101<br>New York, New York 10018-3703<br>Tele: (212) 997-7634<br>Attn:  Joseph A. Vogel, Esq. |
| Defendants,<br>Chadmoore Wireless Group, Inc.,<br>Chadmoore Shareholder Liquidating Trust | Holland & Hart LLP<br>555 17th Street, Suite 3200<br>Denver, Colorado 80202<br>Tele: (303) 295-8099<br>Attn:  Gregory E. Goldberg, Esq.<br><br>Fox Rothschild LLP<br>100 Park Avenue, Suite 1500<br>New York, NY 10017<br>Tele: (212) 878-7901<br>Attn:  Yann Geron, Esq.<br>        Fred Stevens, Esq. |
| Plaintiff,<br>IBF Fund Liquidating, LLC | Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>Tele: (212) 836-8000<br>Attn:  Arthur Steinberg, Esq.<br>        Aaron Rubinstein, Esq.<br>        Heath D. Rosenblat, Esq.<br>        D. Tyler Nurnberg, Esq. |

| Additional Interested Parties |
|---|
| Securities and Exchange Commission<br>3 World Financial Center, Room 4300<br>New York, NY 10281<br>Attn:  Andrew Calamari, Esq.<br>        Neal Jacobson, Esq. |

| |
|---|
| Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn:  Greg M. Zipes, Esq. |
| Law Offices of Salvador Rodriguez<br>2700 Post Oak Blvd.<br>Suite 1050<br>Houston, TX 77056<br>Attn:  Salvador Rodriguez, Esq. |
| Law Offices of Thomas M. Mullaney<br>708 Third Avenue<br>New York, NY 10017<br>Attn:  Thomas J. Mullaney, Esq. |
| Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Attn:  Jeffrey S. Sabin, Esq. |
| Michelman & Robinson, LLP<br>15760 Ventura Blvd., Suite 500<br>Encino, CA 91436<br>Attn:  Sanford Michelman, Esq.<br>          Mona Z. Hanna, Esq. |
| Todd Sanders<br>10990 Wilshire Boulevard<br>Suite 1220<br>Los Angeles California 90024 |

Dated:  October 22, 2007

Respectfully submitted,

\_\_/s/ J. Joseph Bainton_____

J. Joseph Bainton
*Attorneys for Defendant-Appellant*
Bainton McCarthy LLC
26 Broadway, Suite 2400
New York, New York 10004-1840
Tel:  (212) 480-3500
Fax:  (212) 480-9557