

**KAYE SCHOLER** LLP



Aaron Rubinstein
212 836-8412
Fax 212 836-6482
arubinstein@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

January 14, 2008

**Via Hand Delivery**

The Honorable Deborah A. Batts
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

> Re: *Interbank Funding Corp. et al. v. IBF Fund Liquidating LLC*,
> Case No. 1:07-CV-10665 (DAB)(ECF)
>
> *Interbank Funding Corp. et al. v. IBF Fund Liquidating LLC*,
> Case No. 1:07-CV-10692 (DAB)(ECF)
>
> *Interbank Funding Corp. et al. v. IBF Fund Liquidating LLC*,
> Case No. 1:07-CV-10693 (DAB)(ECF)

Dear Judges Batts:

      This firms represents appellee and cross-appellant IBF Fund Liquidating LLC ("Fund LLC") in the above-referenced appeals of three judgments from Adversary Proceeding No. 07-01482, pending before the Honorable Burton R. Lifland in the United States Bankruptcy Court for the Southern District of New York. We write to request permission to submit one fifty (50) page brief that will cover the appellee's principal brief, as well as Fund LLC's cross-appeal.

      Fund LLC, consistent with Rule 8010(c) of the Federal Rule of Bankruptcy Procedure ("Bankruptcy Rules"), seeks the Court's permission to submit a fifty page (exclusive of title page, table of content and table of authorities) appellee's brief in response to Robert Moore's *Appellant's Brief* that was filed on January 2, 2008. If approved, Fund LLC will utilize the fifty pages to present arguments concerning **all three appealed judgments**. In addition, the fifty pages will also include, pursuant to Bankruptcy Rule 8009(a)(2), Fund LLC's cross-appeal argument.

/DAB/
GRANTED
Jan 17, 2008

31592034_V6.DOC

Moreover, Fund LLC also seeks permission, consistent with Bankruptcy Rule 8010(c) to submit a twenty-five (25) page reply brief.

/DAB/
GRANTED
Jan 17, 2008

Respectfully submitted,

*Aaron Rubinstein*

Aaron Rubinstein

cc: Arthur Steinberg, ICA Trustee
J. Joseph Bainton, Esq. (via e-mail)

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

SO ENDORSED

31592034_V6.DOC